■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE SWIENC, Appellant.—Judgment, Supreme Court, New York County, rendered on October 29, 1974, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Lupiano, Yesawich, Sandler and Sullivan, JJ.